UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Trustees of the OPERATING ENGINEERS'
LOCAL 324 PENSION FUND, a Trust Fund
Established and Administered Pursuant to Federal Law,

       Plaintiffs,                  Case No. 1:12-cv-00893-cv

v

                                     Hon. Paul L. Maloney

INTERSTATE AGGREGATES, INC., a domestic
Michigan corporation, and DICK DAVIDSON
REAL ESTATE, LLC, a Michigan limited liability
Company,

       Defendant(s).
_____/

## CONSENT JUDGMENT AGAINST DEFENDANT INTERSTATE AGGREGATES, INC.

This matter is before the Court on the consent of Plaintiff Trustees of the Operating Engineers' Local 324 Pension Fund ("Plaintiff") and Defendant Interstate Aggregates, Inc. ("Defendant"). The Parties' consent is noted below. The Court finds good cause for entry of this Order and is otherwise fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Judgment is entered for Plaintiff and against Defendant Interstate Aggregates, Inc. in the amount of One Hundred Sixty-Five Thousand One Hundred Eighty Nine and 00/100 Dollars ($165,189.00), consisting of withdrawal liability

in the amount of One Hundred Sixty Thousand One Hundred Eighty Nine and 00/100 Dollars ($160,189.00) and reasonable attorney fees and costs in the amount of Five Thousand Dollars and 00/100 Dollars ($5,000.00) pursuant to 29 U.S.C. §1132(g), with applicable interest to accrue thereon from and after the date of this judgment pursuant to 28 U.S.C. §1961, and Plaintiff shall have full rights of execution thereon.

    2.    This Order, together with the Dismissal without Prejudice of Dick Davidson Real Estate, LLC, resolves all issues and closes the case.

    3.    The Court shall retain jurisdiction to enforce the terms of the judgment.

Dated: January 8, 2014            /s/ Paul L. Maloney
                                                 U.S. District Court Judge

Stipulated and Agreed to in Form and Substance:
ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By: /s/Barbara A. Patek
      Barbara A. Patek (P34666)
      Attorneys for the Trustees of the
      Operating Engineers' Local 324
      Pension Fund
      400 Galleria Officentre, Suite 444
      Southfield, MI 48034
      Telephone: (248) 827-4100
      bpatek@ermanteicher.com

FOSTER SWIFT COLLINS & SMITH, PC

By____*/s/Scott A. Chernich*_____
     Scott A. Chernich (P48893)
     Attorneys for Defendants
     313 S. Washington Square
     Lansing, MI 48933
     Telephone: (517) 371-8100
     schernich@fosterswift.com

29952:00002:1769100-1